UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVONNE LEE,<br><br>Defendant. | CASE NO. CR00-5395 JLR<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

The Court conducted an evidentiary hearing on alleged violations of supervised release in this case on April 30, 2007. The United States was represented by John Lulejian. The defendant was represented by Brad Meryhew.

## CONVICTION AND SENTENCE

Defendant had been convicted of Distribution of Cocaine Base on or about March 23, 2001. The Hon. Franklin D. Burgess of this court sentenced Defendant to 60 months of confinement, followed by 5 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

U.S. Probation officer Michael Larson alleged that Defendant violated the conditions of supervised release in following respects:

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

(1) Committing the crime of Conspiracy to Possess with Intent to Distribute Cocain Base, beginning on a date unknown but after April 20, 2004, and continuing through on or about February 11, 2006, in violation of Title 21 U.S.C. §§ 846 and 841 (a)(1) and (b)(1)(A); and the mandatory condition of supervised release requiring he not commit another federal, state, or local crime.

(2) Possessing cocaine base on or about February 11, 2006, in violation of standard condition number seven.

(3) Possessing marijuana on or about February 11, 2006, in violation of standard condition number seven.

(4) Committing the crime of Felon in Possession of a Firearm on or about February 11, 2006, in violation of 18 U.S.C. § 922(g); and the mandatory condition of supervised release requiring he not commit another federal, state, or local crime.

(5) Possessing a firearm on or about February 11, 2006, in violation of the mandatory condition of supervised release prohibiting him from possessing a firearm as defined in 18 U.S.C. § 921.

(6) Associating with a convicted felon, namely Deandre Bradford, on or about February 11, 2006, in violation of standard condition number nine.

The undersigned advised the defendant of these charges and of his constitutional rights. Defendant admitted violation numbers 1, 2, 4-6, waived any hearing as to whether they occurred, and the Government has agreed to dismiss violation number 3.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

//

//

Defendant has been detained pending a final determination by the Court.

DATED this 1st day of May, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. James L. Robart
    Assistant U.S. Attorney  : John Lulejian
    Defense Attorney         : Brad Meryhew
    U. S. Probation Officer  : Michael Larson

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3-